UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NICHOLAS R. MATTOX,

    Plaintiff,

v.

    Case No. 2:14-cv-1350
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Kemp

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

On June 18, 2015, the Magistrate Judge issued a Report and Recommendation in this case recommending that the Plaintiff's statement of errors be sustained to the extent that the case be remanded to the Commissioner of Social Security ("Commissioner") for further proceedings pursuant to 42 U.S.C. §405(g), sentence four (Doc. No. 14). The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**. This action is **REMANDED** to the Commissioner for proceedings consistent with the June 18, 2015 Report and Recommendation.

    IT IS SO ORDERED.

7-7-2015
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE