UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NICHOLAS R. MATTOX,

      Plaintiff,

v.

      Case No. 2:14-cv-1350
      CHIEF JUDGE EDMUND A. SARGUS, JR.
      Magistrate Judge Kemp

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

## ORDER

On September 23, 2015, the Magistrate Judge issued a Report and Recommendation in this case (the "Report and Recommendation"; ECF No. 18) recommending that the Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (ECF No. 17) be granted. The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation.

Accordingly, the Report and Recommendation (ECF No. 18) is **ADOPTED** and the Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (ECF No. 17) is **GRANTED**.

IT IS SO ORDERED.

\_\_11-2-2015_____      _____
DATE                                         EDMUND A. SARGUS, JR.
                                                  CHIEF UNITED STATES DISTRICT JUDGE